through 209 as though fully set forth herein at length;

211. As a result of the foregoing the defendants maliciously prosecuted this plaintiff as they actually knew or upon proper investigation should have known there was no grounds for criminal prosecution;

212. As a result of the foregoing, this plaintiff suffered physical injuries, severe emotional trauma, feared for his life, and sustained severe and other consequential damages

213. This plaintiff intends to claim punitive damages for all counts;

214. As a result of the foregoing, this plaintiff has been damaged in a sum within the jurisdictional limits of the United States District Court, Southern District of New York and in excess of the jurisdictional limits of all inferior Courts.

WHEREFORE, the Plaintiff JOCELYN VASQUEZ demands judgement against the defendants, and each of them in a sum within the jurisdictional limits of the United States District Court and in excess of the jurisdictional limits of all inferior Courts in each Count Numbered First through Tenth and Twelfth inclusive, together with costs and disbursements and for such other and further relief as to this Court is deemed just and proper.

WHEREFORE, the Plaintiff DONNA SPARKS demands judgement against the defendants, and each of them in a sum within the jurisdictional limits of the United States District Court and in excess of the jurisdictional limits of all inferior Courts in each Count Numbered First through Thirteenth and Twenty-second inclusive, together with costs and disbursements and for such other and further relief as to this Court is deemed just and proper.

WHEREFORE, the Plaintiff JOCELYN VASQUEZ demands judgement against the defendants, and each of them the sum of Ten thousand ($10,000.00) in the Eleventh Count,

together with costs and disbursements and for such other and further relief as to this Court is deemed just and proper.

WHEREFORE, the Plaintiff EDWARD JOEDD VASQUEZ demands judgement against the defendants, and each of them in a sum within the jurisdictional limits of the United States District Court and in excess of the jurisdictional limits of all inferior Courts in each Count Numbered Twenty-third through Thirty-second inclusive, together with costs and disbursements and for such other and further relief as to this Court is deemed just and proper.

Dated: Bronx, New York
June 24, 2013

Yalkut & Israel
Attorneys for Plaintiff
865B Walton Avenue
Bronx, New York 10451
(718) 292-2952